of the District Court. Those findings, supported by substantial evidence and not clearly erroneous, may not be ignored here. We cannot consider what the libelant's rights might have been if the facts had been found as he contended in the District Court.

Affirmed.

PER CURIAM.

The issues in this petition for enforcement of an order of the National Labor Relations Board are all factual. We have carefully reviewed the findings of the Board and conclude that they are all supported by substantial evidence on the record as a whole.

The order is warranted by the Board's findings and it will be

Enforced.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**VALLEY TRANSIT COMPANY, Inc., Respondent.**

**No. 21190.**

United States Court of Appeals Fifth Circuit.

Nov. 27, 1964.

Rehearing Denied Jan. 12, 1965.

**Leo DuBOISE, Appellant,**

v.

**STATE OF NORTH CAROLINA, Appellee.**

**No. 9466.**

United States Court of Appeals Fourth Circuit.

Argued Nov. 12, 1964.

Decided Nov. 16, 1964.

Hans J. Lehmann, NLRB, Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Dominick L. Manoli, Associate Gen. Counsel, NLRB, Washington, D. C., Arnold Ordman, Gen. Counsel, Melvin Pollack, Attys., for petitioner.

Allen P. Schoolfield, Jr., Dallas, Tex., Ralph L. Alexander, Edinburg, Tex., Kelly, Looney, McLean & Littleton, Edinburg, Tex., for respondent.

Before TUTTLE, Chief Judge, BROWN and GEWIN, Circuit Judges.